# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA
# TUCSON DIVISION

In re: CAMPBELL, LAURIE ANN § Case No. 4:11-15921
                                                                                                       §
                                                                                                       §

Debtor(s)        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Beth Lang, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $201,327.83        Assets Exempt: $194,877.83
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,506.42      Claims Discharged
                                                                            Without Payment: $146,847.45

Total Expenses of Administration: $1,127.60

3) Total gross receipts of $ 4,854.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,220.71 (see **Exhibit 2**), yielded net receipts of $3,634.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 4:11-bk-15921-EWH    Doc 55    Filed 09/10/12    Entered 09/10/12 15:11:01    Desc
Main Document      Page 1 of 7

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $137,244.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,127.60 | 1,127.60 | 1,127.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 264,840.00 | 112,353.87 | 112,353.87 | 2,506.42 |
| **TOTAL DISBURSEMENTS** | $402,084.00 | $113,481.47 | $113,481.47 | $3,634.02 |

4) This case was originally filed under Chapter 7 on June 01, 2011. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/22/2012       By: /s/Beth Lang
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds in Non-Filing Spouse's Bank Accounts | 1229-000 | 2,785.73 |
| 2011 Tax Refunds | 1224-000 | 2,069.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,854.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Laurie Ann Campbell | Pro rata share of 2011 refunds | 8500-002 | 1,220.71 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,220.71** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | TRUWEST CREDIT UNION | 4110-000 | 10,858.00 | N/A | N/A | 0.00 |
| NOTFILED | WELLS FARGO HOME MORTGAGE | 4110-000 | 114,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Desert Schools Federal Credit Union | 4110-000 | 12,151.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$137,244.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Beth Lang | 2100-000 | N/A | 908.51 | 908.51 | 908.51 |
| Beth Lang | 2200-000 | N/A | 94.09 | 94.09 | 94.09 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,127.60 | $1,127.60 | $1,127.60 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 30,000.00 | 13,436.71 | 13,436.71 | 299.75 |
| 2 | State Farm Bank FSB | 7100-000 | 139,840.00 | 71,919.76 | 71,919.76 | 1,604.41 |
| 3 | FIA Card Services NA | 7100-000 | 36,000.00 | 16,974.45 | 16,974.45 | 378.67 |
| 4 | Elan Financial Services | 7100-000 | 22,000.00 | 10,022.95 | 10,022.95 | 223.59 |
| NOTFILED | GEMB/CARE CREDIT | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | INNOVATIVE DEBT RECOVERY, INC. | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/BEST BUY | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Member Service | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $264,840.00 | $112,353.87 | $112,353.87 | $2,506.42 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 4:11-15921 | Trustee: | (240280) Beth Lang |
| --- | --- | --- | --- |
| Case Name: | CAMPBELL, LAURIE ANN | Filed (f) or Converted (c): | 06/01/11 (f) |
| | | §341(a) Meeting Date: | 07/21/11 |
| Period Ending: | 08/22/12 | Claims Bar Date: | 01/30/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real Property — Residence at 40607 N 254th Ave, Morristown AZ - surrendering; abandoned without objection 3/20/12 | 123,100.00 | 0.00 | OA | 0.00 | FA |
| 2 | Bank Accounts — Originally scheduled as $170.67; amended when it was discovered that one of the accounts was seized when a vehicle financed by that institution was voluntarily surrendered | 145.67 | 0.00 | DA | 0.00 | FA |
| 3 | Funds in Non-Filing Spouse's Bank Accounts (u) — Discounted for quick turnover | 0.00 | 2,785.73 | | 2,785.73 | FA |
| 4 | Household Goods and Furnishings | 1,575.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing Apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wedding Rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Interests in Insurance Policies — Daughter's life insurance policy; originally scheduled with a value of $2,057.79 | 2,111.19 | 0.00 | DA | 0.00 | FA |
| 8 | Interests in Insurance Policies — Alliance Life | 31,237.56 | 0.00 | DA | 0.00 | FA |
| 9 | Interests in Insurance Policies — Nationwide Financial; originally scheduled with a value of $13,832.44 | 14,275.87 | 0.00 | DA | 0.00 | FA |
| 10 | Pension Plans and Profit Sharing — Arizona State Retirement | 18,282.54 | 0.00 | DA | 0.00 | FA |
| 11 | 1999 Isuzu Rodeo | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2006 Hyundai Tucson — Liened for more than value | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Utility Trailer | 300.00 | 300.00 | DA | 0.00 | FA |
| 14 | 2008 Chevy Cobalt — Voluntarily surrendered pre-petition | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1995 Quad — Added with amended schedules | 300.00 | 300.00 | DA | 0.00 | FA |
| 16 | 2011 Tax Refunds (u) | 0.00 | 1,000.00 | | 2,069.00 | FA |

Case 4:11-bk-15921-EWH    Doc 55    Filed 09/10/12    Entered 09/10/12 15:11:01    Desc
Main Document    Page 5 of 7

Printed: 08/22/2012 01:04 PM    V.13.02

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 4:11-15921  
**Case Name:** CAMPBELL, LAURIE ANN  

**Trustee:** (240280) Beth Lang  
**Filed (f) or Converted (c):** 06/01/11 (f)  
**§341(a) Meeting Date:** 07/21/11  

**Period Ending:** 08/22/12  
**Claims Bar Date:** 01/30/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Interest (u) | Unknown | N/A | | 0.00 | FA |
| 17 | Assets Totals (Excluding unknown values) | $201,327.83 | $4,385.73 | | $4,854.73 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2012         **Current Projected Date Of Final Report (TFR):**     April 18, 2012 (Actual)

Exhibit 9
Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 4:11-15921  
**Case Name:** CAMPBELL, LAURIE ANN  

**Taxpayer ID #:** **-***6898  
**Period Ending:** 08/22/12  

**Trustee:** Beth Lang (240280)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-66 - Checking Account  
**Blanket Bond:** $82,060,307.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/11 | {3} | Laurie Campbell | Non-exempt funds on deposit in non-filing spouse's account DOF | 1229-000 | 2,785.73 | | 2,785.73 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,760.73 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,735.73 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,710.73 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,685.73 |
| 03/19/12 | {16} | Laurie Ann Campbell | 2011 federal and state tax refunds | 1224-000 | 2,069.00 | | 4,754.73 |
| 03/28/12 | 101 | Laurie Ann Campbell | Pro rata share of 2011 refunds | 8500-002 | | 1,220.71 | 3,534.02 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,509.02 |
| 06/22/12 | 102 | Beth Lang | Dividend paid 100.00% on $908.51, Trustee Compensation; Reference: | 2100-000 | | 908.51 | 2,600.51 |
| 06/22/12 | 103 | Beth Lang | Dividend paid 100.00% on $94.09, Trustee Expenses; Reference: | 2200-000 | | 94.09 | 2,506.42 |
| 06/22/12 | 104 | Discover Bank | Dividend paid 2.23% on $13,436.71; Claim# 1; Filed: $13,436.71; Reference: 5776 | 7100-000 | | 299.75 | 2,206.67 |
| 06/22/12 | 105 | State Farm Bank FSB | Dividend paid 2.23% on $71,919.76; Claim# 2; Filed: $71,919.76; Reference: 3685 - HELOC | 7100-000 | | 1,604.41 | 602.26 |
| 06/22/12 | 106 | FIA Card Services NA | Dividend paid 2.23% on $16,974.45; Claim# 3; Filed: $16,974.45; Reference: 0102 / 1991 | 7100-000 | | 378.67 | 223.59 |
| 06/22/12 | 107 | Elan Financial Services | Dividend paid 2.23% on $10,022.95; Claim# 4; Filed: $10,022.95; Reference: CC2191 | 7100-000 | | 223.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,854.73 | 4,854.73 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,854.73 | 4,854.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,854.73** | **$4,854.73** | |

```
Net Receipts :                    4,854.73
Less Other Noncompensable Items : 1,220.71
                                  _____
Net Estate :                     $3,634.02
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******64-66 | 4,854.73 | 4,854.73 | 0.00 |
| | **$4,854.73** | **$4,854.73** | **$0.00** |

{} Asset reference(s)  
Printed: 06/22/2012 01:31 PM  
V.13.02